**Order entered December 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01499-CV

## IN RE THE HONORABLE SUZANNE WOOTEN, Relator

**Original Proceeding from**
**Collin County, Texas**

## ORDER
Before Justices Schenck, Reichek, and Evans

Before the Court are relator's December 6, 2019 petition for writ of mandamus and emergency motion for temporary relief. Based on the Court's memorandum opinion of this date, we **DENY** relator's petition for writ of mandamus and emergency motion for temporary relief.

/s/ DAVID J. SCHENCK
PRESIDING JUSTICE